UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARISH OF JEFFERSON, STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | No. 18-5252 |
| CANLAN OIL COMPANY | SECTION I |

### ORDER

The Court finds that the above-captioned matter is related to Civil Action 13-6708, "Jefferson Parish v. Canlan Oil Company Et Al."

Accordingly,

**IT IS ORDERED** that this matter be **TRANSFERRED** to Section "B" of this court.

New Orleans, Louisiana, May 24, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

5/24/18
TRANSFERRED TO
**SECT. BMAG 2**