**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERSON PARISH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5252** |
| **CANLAN OIL COMPANY, ET AL.** | **SECTION "B"** |

## ORDER

Considering plaintiff and plaintiff-intervenor's unopposed motion to re-open case and for order adopting stipulated briefing schedule (Rec. Doc. 40),

**IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART, re-opening the above-captioned case, but DENIED insofar as the motion relates to the stipulated briefing schedule,**

**IT IS FURTHER ORDERED** that the pending motions to remand (Rec. Docs. 24, 25) shall be re-opened and set for submission **on February 16, 2023**;

**IT IS FURTHER ORDERED** that plaintiffs and intervenors are granted leave to file a joint memorandum in support of the motions to remand **no later than February 6, 2023**;

**IT IS FURTHER ORDERED** that defendants shall file responses, if any, in accordance with Local Rule 7.5.

New Orleans, Louisiana this 27th day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE