UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| JEFFERSON PARISH | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 18-5252 |
| CANLAN OIL COMPANY, ET AL | * | SECTION "B" (2) |

## ORDER

In accordance with 28 U.S.C. § 455(b)(5), the undersigned hereby recuses herself from this matter. *See* Judicial Conference of the United States, Committee on Codes of Conduct, Advisory Opinion No. 58 (Aug. 9, 1978, revised July 10, 1998) (citing Canon 3C(1)(d)(ii) and (iii)). The Clerk of Court is directed to reallot this matter to another Magistrate Judge Division of this Court.

New Orleans, Louisiana, this ___9th___ day of August, 2023.

August 09, 2023
REALLOTTED TO
**MAG 1**

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE