UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE PARISH OF JEFFERSON** | * | **CIVIL ACTION: 2:18-CV-05252** |
| | * | |
| **VERSUS** | * | **JUDGE IVAN L. R. LEMELLE** |
| | * | |
| **CANLAN OIL COMPANY, et al.** | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |

**************************************

### S<small>UPPLEMENTAL</small> P<small>OST</small>-A<small>RGUMENT</small> B<small>RIEF</small>

Plaintiff, the Parish of Jefferson; plaintiff-intervenor, the State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris, and plaintiff-intervenor, the State of Louisiana *ex rel.* Jeff Landry, Attorney General, adopt by reference their Supplemental Post-Argument Brief [Doc. 77] filed in *Parish of Jefferson v. Chevron USA Holdings Inc.,* 2:18-cv-05224.

This case *is not* identified by Defendants as a "Related Refinery Case." In the ten Related Refinery Cases pending in this district (which include *Parish of Jefferson v. Chevron USA Holdings Inc.,* 2:18-cv-05224), one or more defendants refined crude that they produced. In this case, no defendant refined the crude it produced. But Defendants argue that if federal officer jurisdiction is found to exist in the Related Refinery Cases, then this court will have federal officer jurisdiction in the non-Related Refinery cases pending in this district. They say this is so because the alleged damage caused in the "operational areas" of the **non**-Related Refinery Cases in this District (like this case) "was at least partially caused" by the activities of a defendant in one or more of the ten Related Refinery Cases that is also a defendant in this case. However, Defendants offer no competent evidence that supports the conclusion that Defendants' SLCRMA violations in one or more of the

Related Refinery Cases caused damage to the property at issue in this case.

Moreover, as shown in previously in Plaintiff and Intervenors' briefing, federal officer jurisdiction in this case is limited to "the 'act[s]' *that are the subject of the [plaintiff's] complaint*."[1] The acts of Defendants in the Related Refinery Cases are not the subject of the complaint in this case.

In sum, Defendants' argument for federal officer jurisdiction in this case is premised on a finding of federal officer jurisdiction in the Related Refinery Cases. But even if the Fifth Circuit should reverse the rulings in this district that found federal officer jurisdiction to be lacking in the Related Refinery Cases, there would still be no federal officer jurisdiction in this case because: (1) federal officer jurisdiction must be based on the activities alleged only in the complaint in this case; and (2) Defendants offer no evidence that the SLCRMA violations in one or more of the Related Refinery Cases caused damage to the property at issue in this case. The only such evidence offered by Defendants are broad, non-specific statements of contained in the preliminary expert report in the *Rozel* case.

---

[1] *Watson v. Philip Morris Companies, Inc.*, 551 U.S. 142, 147. (emphasis added).

*By Attorneys for Plaintiff, the Parish of Jefferson:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin (20191)
Scott O. Gaspard (23747)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

By: */s/Victor L. Marcello (9252)*

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris:*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804

By:  /s/ Donald W. Price (19452)


*By Attorney for Intervenor-Plaintiff, the State of Louisiana, ex rel. Jeff Landry, Attorney General:*

Ryan M. Seidemann, (28991)
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085
Fax: (225) 326-6099

By:  /s/ Ryan M. Seidemann (22294)

4